AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) #Name? | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 5/23/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (Active) | 5. ReportType (check appropriate type) ( ) Nomination, Date ( ) Initial (●) Annual ( ) Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address P.O. Box 31478 Billings MT 59107-1478 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

✓ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY 25 P 12: 53
FINANCIAL DISCLOSURE OFFICE

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Federal Savings | Commercial real estate mortgage | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R | 5/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Northwest Billings Associates | B | Distribution | L | W | | | | | |
| 2. Piper Jaffray (IRA) | | | | | | | | | |
| 3. Amer. FDS Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 4. Amer FDS Wash. Mut. Fund | A | Dividend | J | T | | | | | |
| 5. Piper Market Fund | A | Interest | J | T | | | | | |
| 6. State Street Res. Aurora Fund | A | Dividend | J | T | | | | | |
| 7. Davis New York Venture Fund | A | Dividend | J | T | | | | | |
| 8. LKCM (IRA) | | | | | | | | | |
| 9. LKCM Fixed Income | C | Dividend | M | T | | | | | |
| 10. LKCM Small Cap Equity | A | Dividend | L | T | | | | | |
| 11. LKCM Equity | D | Dividend | N | T | | | | | |
| 12. LCKM International | A | Dividend | L | T | | | | | |
| 13. Selig Communications | A | Dividend | J | T | | | | | |
| 14. Piper Tax-Exempt Money Fund | A | Interest | L | T | | | | | |
| 15. American Heritage Fund | A | None | J | T | | | | | |
| 16. Evergreen Mut. Bond Fund | C | Dividend | J | T | | | | | |
| 17. Scudder US Govt Sec. | A | Dividend | J | T | | | | | |
| 18. Bzmn MT SID Bond | A | Interest | J | T | Redemption | 01-02 | J | A | |

1 Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2 Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3 Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated



| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R | 5/23/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Cntrl Cty CO Bond | A | Interest | J | T | | | | | |
| 20. MT St Bd Housing Bond | A | Interest | J | T | Redemption | 05/03 | J | A | |
| 21. MT ST Brd Hsg Bond | A | Interest | J | T | | | | | |
| 22. MT St Brd Invt Mun Bond | A | Interest | J | T | | | | | |
| 23. Pepsi-Gemex A Bond | A | Interest | J | T | Redemption | 3/30 | J | A | |
| 24. AIM Select Real Estate Income Fund | A | Dividend | J | T | | | | | |

1 Income-Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $110,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2 Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3 Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessed     T = Cash/Market

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report)

This report does not contain listing of assets and property that are solely owned by █████████████ I possess no interest, income or benefit from any of the omitted assets, nor do I expect to receive any interest or benefit from them. I have no personal knowledge of the details of any of the omitted assets.

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Thomas, Sidney R | 5/23/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  5/23/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544